UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:  Case No. 19-13729-MAM
Chapter 11

RENAISSANCE HEALTH PUBLISHING, LLC
D/B/A RENOWN HEALTH PRODUCTS,

     Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served on all parties listed below in the manner and dates indicated.

**[ECF 134]** Motion for Extension of Time to File Objections to Claims

**[ECF 135]** Summary of Final Fee Application of Furr Cohen, P.A., Attorneys for the Chapter 11 Debtor, Renaissance Health Publishing, LLC d/b/a/ Renown Health Products

**[ECF 136]** Summary of Final Fee Application of SRIPLAW, P.A., for Allowance of Compensation and Reimbursement of Expenses Incurred for the Time Period of May 1, 2019 through December 20, 2019

**[ECF 140]** Notice of Hearing on Final Application for Compensation for Aaron A. Wernick, Attorney-Debtor, Period: 3/22/2019 to 12/31/2019, Fee: $118705.00, Expenses: $4442.35 and Final Application for Compensation for Joel Rothman, Special Counsel, Period: 5/1/2019 to 12/20/2019, Fee: $9520.00, Expenses: $197.50

**[ECF 141]** Notice of Hearing on Motion to Extend Time to File Objections to Claims Filed by Debtor Renaissance Health Publishing, LLC

Dated: January 3, 2020

                                           Furr Cohen, PA
                                           *Attorneys for Debtors*
                                           2255 Glades Road, Suite 301E
                                           Boca Raton, Florida 33431
                                           (561)395-0500/(561)338-7532- fax

By: <i>/s/Aaron A. Wernick</i><br>
Aaron A. Wernick, Esquire<br>
FL Bar No.: 14059<br>
E-mail: <u>awernick@furrcohen.com</u>

**SERVED VIA CM/ECF NOTICE ON:**
[ECF #134, ECF #135, ECF #36 ON 12/31/2019]
[ECF #140, ECF # 141 ON 1/3/2020]

- **Atlas Acquisitions,LLC**   bk@atlasacq.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Katherine E Johnson**   kjohnson3@ftc.gov
- **Craig I Kelley**   craig@kelleylawoffice.com, tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Zana Michelle Scarlett**   Zana.M.Scarlett@usdoj.gov
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law
- **Aaron A Wernick**   awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com

**SERVED BY US MAIL ON 1/3/2020 [ECF #134, ECF #135, ECF # 136, ECF # 140, ECF #141]**

All creditors and parties on the attached Official Court Matrix, except those receiving CM/ECF notice.

**American Express Travel Related Services Company, Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Joel Rothman
21301 Powerline Rd #100
Boca Raton, FL 33433

Steve Silver
Topel & Silver
29 Plaza Nine
Manalapan, NJ 07726

```
Label Matrix for local noticing          American Express Travel Related Services Com    Atlas Acquisitions,LLC
113C-9                                   c/o Becket and Lee LLP                          Atlas Acquisitions LLC
Case 19-13729-MAM                        PO Box 3001                                     294 Union St.
Southern District of Florida             Malvern, PA 19355-0701                          Hackensack, NJ 07601-4303
West Palm Beach
Fri Jan  3 16:05:57 EST 2020

EIN CAP, Inc.                            (p)FEDERAL TRADE COMMISSION                     Finncom, Inc.
c/o Bradley S. Shraiberg, Esq.           ASSOCIATE DIRECTOR                              c/o Kelley, Fulton & Kaplan, P.L.
2385 NW Executive Center Dr., #300       DIVISION OF ENFORCEMENT                         1665 Palm Beach Lakes Blvd
Boca Raton, FL 33431-8530                600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122       Suite 1000
                                         WASHINGTON DC 20580-0001                        West Palm Beach, FL 33401-2109

Natural Health News Report, LLC          Renaissance Health Publishing, LLC              3PL Worldwide, Inc.
2424 N. Federal Highway                  2424 N. Federal Highway                         75 Aircraft Rd
Suite 401                                Suite 401                                       Southington, CT 06489-1443
Boca Raton, FL 33431-7747                Boca Raton, FL 33431-7747

American Computer Group                  American Express                                Atlas Acquisitions LLC
4665 S Ash Ave                           PO Box 360001                                   294 Union St.
Ste G-10                                 Ft Lauderdale, FL 33336-0001                    Hackensack, NJ 07601-4303
Tempe, AZ 85282-6765

Bella Management LLC                     EBF Partners, LLC dba Everest Business Fundi    EIN Cap, Inc
2424 N Federal Hwy                       8200 NW 52nd Terrace, Suite 200                 160 Pearl St.
Ste 401                                  Doral, FL 33166-7852                            5th FL
Boca Raton, FL 33431-7747                                                                New York, NY 10005-1631

EIN Cap, Inc.                            (p)EVEREST BUSINESS FUNDING LLC                 Executive Office for United States Attorneys
c/o Bradley S. Shraiberg, Esq.           8200 NW 52ND TERR                               United States Department of Justice
Shraiberg, Landau & Page, P.A.           SECOND FLOOR                                    950 Pennsylvania Avenue, NW, Room 2242
2385 NW Executive Center Dr., #300       DORAL FL 33166-7852                             Washington, DC 20530-0001
Boca Raton, FL 33431-8530

FinnCom, Inc.                            Florida Department of Revenue                   Impulse Media Inc
43416 Honeybee Lane                      5050 West Tennessee Street                      248 Main St
Lancaster, CA 93536-5531                 Tallahassee, FL 32399-0100                      Danbury, CT 06810-6635

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service                        Office of the Attorney General
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346                                     State of Florida
PO BOX 7346                              Philadelphia, PA 19101-7346                     PL-01 The Capitol
PHILADELPHIA PA 19101-7346                                                               Tallahassee, FL 32399-1050

Office of the US Trustee                 Palm Beach County Tax Collector                 Pure Source Inc
51 S.W. 1st Ave.                         P.O. Box 3715                                   9750 NW 17th St
Suite 1204                               West Palm Beach, FL 33402-3715                  Doral, FL 33172-2753
Miami, FL 33130-1614

RSVP Direct, Inc                         Topel & Silver                                  U.S. Attorney's Office
1401 Kirk St                             29 Plaza 9                                      500 S. Australian Ave. Ste. 400
Elk Grove Village, IL 60007-6744         Manalapan, NJ 07726-3013                        W. Palm Beach, Fl. 33401-6209
```

| | | |
|---|---|---|
| Vertiv Corporation<br>1050 Dearborn Dr<br>Columbus, OH 43085-1544 | VitaQuest International LLC<br>8 Henderson Dr<br>West Caldwell, NJ 07006-6608 | Aaron A Wernick<br>2255 Glades Rd # 301E<br>Boca Raton, FL 33431-7383 |
| Joel Rothman<br>21301 Powerline Rd #100<br>Boca Raton, FL 33433-2389 | Steve Silver<br>Topel & Silver<br>29 Plaza Nine<br>Manalapan, NJ 07726-3013 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Federal Trade Commission<br>c/o Katherine E Johnson<br>600 Pennsylvania Ave NW<br>Washington, DC 20580 | Everest Business Funding<br>5 West 37th St<br>Ste 1100<br>New York, NY 10018 | (d)Federal Trade Commission<br>Division of Advertising Practices<br>c/o Sydney Knight, Esq.<br>600 Pennsylvania Avenue Rm. CC-10540<br>Washington, DC 20580 |
| Internal Revenue Service<br>Department of the Treasury<br>RAIVS Team, Stop 91<br>POB 47-421<br>Atlanta, GA 30362 | (d)Internal Revenue Service<br>Insolvency Unit<br>POB 17167, STOP 5760<br>Fort Lauderdale, FL 33318 | (d)Internal Revenue Service<br>Ogden, UT 84201-0005 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)American Express Travel Related Services C<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | End of Label Matrix<br>Mailable recipients  34<br>Bypassed recipients   2<br>Total                36 |