# Invoice For Copywriting Services

| | |
|---|---|
| Date: | September 28, 2019 |
| Invoice: | #8098-HO |
| Amount: | $5,000 (balance: $7,500 was paid for dep) |
| Due: | Upon receipt |
| Client: | Renown Health |
| Job Description: | Direct response copy for a direct-mail package for product Isoprex New Formula [Does not include any special reports required for fulfillment.] |
| Copywriter: | Cynthia Berryman |
| Fee: | $12,500 total fee (Royalties of $0.02, two cents, paid on all pieces mailed after the 50,000 initial mailing test) |
| Schedule: | a) Start: TBD |
| | b) Concepts due: TBD |
| | c) First draft due: TBD |
| Media: | direct mail |

Please make your check payable to "FinnCom, Inc" and mail to the address below.

Thank you.

Kevin Finn
FinnCom, Inc.
43416 Honeybee Lane
Lancaster, CA  93536